# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WENONAH CARNEY**, Plaintiff <br><br> v. <br><br> **TRAVELERS AID SOCIETY OF PHILADELPHIA**, Defendant | **CIVIL ACTION** <br><br> **NO. 19-3599** |

**AND NOW**, this 11th day of February 2020, upon consideration of Plaintiff's Unopposed Motion for Approval of Settlement (ECF 6), which resolves claims under the Fair Labor Standards Act, and for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that Plaintiff's Motion is **GRANTED**.

It is **FURTHER ORDERED** that the proposed Settlement Agreement and Release (ECF 10) is **APPROVED** as a fair and reasonable resolution of a bona fide dispute that does not frustrate the purposes of the FLSA.

This matter is dismissed with prejudice and without costs.

**BY THE COURT:**

s/ Michael M. Baylson

_____
**MICHAEL M. BAYLSON**
**United States District Court Judge**

O:\CIVIL 19\19-3599 Carney v. Travelers Aid Society\19cv3599 Order re Unopposed Motion for Approval of Settlement.docx